IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**PNC BANK, NATIONAL ASSOCIATION**,

      Plaintiff,                                    Case No. 24-cv-00402

      v.

**STEVEN RAUWERDINK**

      Defendant.

## JUDGMENT ORDER

This cause coming to be heard on Plaintiff's Motion for Default Judgment pursuant to Fed. R. Civ. Pro. 56(b), notice having been provided and the Court being fully advised; IT IS HEREBY ORDERED THAT:

1. Steven Rauwerdink is found to be in default for his failure to answer or otherwise plead to the Complaint; and
2. Judgment is entered in favor of PNC Bank, National Association and against Steven Rauwerdink on Count I of the Complaint in the amount of $256,666.07 of which $254,387.77 is for loan principal, interest and fees, $1,600.00 is for attorneys' fees, and $678.30 is for costs advanced.

ENTERED:

_____
                                Judge

Prepared by:                         Dated:_____

Martin J. Wasserman
Carlson Dash, LLC
216 S. Jefferson St., Suite 303
Chicago, Illinois 60661
Telephone: (312) 382-1600
Email: mwasserman@carlsondash.com